Case 5:08-cv-00050-SGL-OP   Document 11   Filed 10/22/08   Page 1 of 5   Page ID #:53

```
 1  THOMAS O. O'BRIEN
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  California Bar Number 149883
    Assistant United States Attorney
 5  Chief, Asset Forfeiture Section
    DEE R. EDGEWORTH
 6  Special Assistant United States Attorney
    California Bar Number 103302
 7  Asset Forfeiture Section
         1400 United States Courthouse
 8       312 North Spring Street
         Los Angeles, California 90012
 9       Telephone: (909) 891-3301
         Facsimile: (909) 891-3626
10       Email     dedgeworth@da.sbcounty.gov

11  Attorneys for Plaintiff
    United States of America
```



Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

RECEIVED BUT NOT FILED
CLERK, U.S. DISTRICT COURT
OCT 17 2008
CENTRAL DIVISION OF CALIFORNIA
EASTERN DIVISION   BY DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
OCT 22 2008
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION   BY DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | EDCV 08-00050 SGL (OPx) |
| Plaintiff, | [PROPOSED] |
| v. | **CONSENT JUDGMENT OF FORFEITURE** |
| A 2007 CADILLAC ESCALADE; $18,344.00 IN U.S. CURRENCY; $3,633.00 IN U.S. CURRENCY; A 2006 BMW 650I; $84,070.00 IN U.S. CURRENCY; $1,900.00 IN U.S. CURRENCY; AND A MEN'S ROLEX OYSTER PERPETUAL WATCH, | |
| Defendants. | |
| JERRY PENA, | |
| Claimant. | |

By the signatures of their attorneys hereunder, plaintiff United States of America and claimant Jerry Pena ("Pena") ask that this court enter this consent judgment as to the defendant assets subject to this forfeiture complaint.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. This court has jurisdiction over the parties to this proposed consent judgment and the subject matter of this action.

2. The defendant assets to be forfeited or returned are set out immediately below. To the extent that any asset or interest is forfeited pursuant to this judgment, the United States shall dispose of such asset or interest in accordance with law.

    a. A GMC Cadillac Escalade VIN # 1GYEC63817R250932 shall be released to General Motor Acceptance Corporation ("GMAC") who holds a secured lien against this vehicle.

    b. $18,344.00 in U.S. currency is hereby forfeited to the United States, and no other right, title or interest shall exist therein.

    c. $3,633.00 in U.S. currency is hereby forfeited to the United States, and no other right, title or interest shall exist therein.

    d. A 2006 BMW 650I VIN # WBAEK134X6CN77918 is hereby forfeited to the United States, subject to a secured lien held by Bank of America, and no other right, title or interest shall exist therein.

    e. $4,000.00 of the $84,070.00 in U.S. currency shall be returned to Jerry Pena in care of his attorney Garfield A.A. Cramer, Esq. 225 South Lake Avenue,

|   |   |   |
|---|---|---|
| | | Suite 300, Pasadena, California 91101. The balance of the res consisting of $80,070.00 is hereby forfeited to the United States, and no other right, title or interest shall exist therein. |
| | f. | $1,900.00 in U.S. currency is hereby forfeited to the United States, and no other right, title or interest shall exist therein. |
| | g. | A Men's Rolex Oyster Perpetual Watch shall be returned to Jerry Pena in care of his attorney Garfield A.A. Cramer, Esq. 225 South Lake Avenue, Suite 300, Pasadena, California 91101. |

3. Claimant Jerry Pena hereby releases the United States of America, its agencies, agents, and officers, including employees and agents of the United States Drug Enforcement Administration, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorneys' fees, costs or interest which may be asserted on his behalf, whether pursuant to 28 U.S.C. § 2465 or otherwise.

4. Each party shall bear its own costs of litigation and attorney's fees. Each party waives its right to appeal. The parties agree that the Court's entry of this Consent Judgment constitutes a certificate of reasonable cause pursuant to 28 U.S.C. § 2465(a)(2).

///
///
///
///
///
///
///

5. The parties agree that the Court retains jurisdiction over this case and the parties hereto to effectuate the terms of this settlement.

DATED: __10/22__, 2008

_/s/ S.G. Larson_
THE HONORABLE STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE

**Consent of the Parties to this Consent Judgment
Appears on the Following Page**

**Approved as to form and content**:

DATED: __10/15__, 2008

        THOMAS P. O'BRIEN
        United States Attorney
        CHRISTINE C. EWELL
        Assistant United States Attorney
        Chief, Criminal Division
        STEVEN R. WELK
        Assistant United States Attorney
        Chief, Asset Forfeiture Section

        _/s/ Dee R. Edgeworth_
        DEE R. EDGEWORTH
        Special Assistant United States Attorney
        Asset Forfeiture Section

        Attorneys for Plaintiff
        United States of America

DATED: __10-7-__, 2008

        _/s/ Garfield A.A. Cramer_
        GARFIELD A.A. CRAMER
        Attorney for Claimant Jerry Pena

DATED: __10-07__, 2008

        _/s/ Jerry Pena_
        JERRY PENA
        Claimant